DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN WILLIAM SNYDER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1277

[October 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562013CF002636A.

John William Snyder, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***